UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| PAULA L. HEYNTSEN, | | |
| | Plaintiff, | C06-1373 JPD |
| vs. | | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | | **MINUTE ORDER** |
| | Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Robert S. Lasnik, Chief United States District Judge:

It is hereby ORDERED, pursuant to the consent of all parties (see attached), this case will remain assigned to the Honorable James P. Donohue, United States Magistrate Judge, for the conduct of all further proceedings and for the entry of judgment in accordance with 28 U.S.C. §636(c), F.R.C.P. 73, and Local Rule MJR13.

1
2
3
4
5      Dated this 5th day of December , 2006
6
7      Bruce Rifkin
       Clerk of Court
8
9      by: /s/ PETER H. VOELKER
              Peter H. Voelker, Deputy Clerk
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28